# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC11 | E1895271 | Cenkner | C4024 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 08/24/2024 | NCGS 20138.7 |

Place of Offense

I2955 / Bragg Blvd

Offense Description: Factual Basis for Charge

NCGS 20-138.7
Open Container

HAZMAT ☐

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Bullock | Jonique | S |

| City | State | Zip Code |
|---|---|---|
| Fayetteville | NC | 29314 |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ _____ Forfeiture Amount

+ $30 Processing Fee

$ _____ Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 301 Green St Fayetteville NC | 9/11/2024 |
| | Time 8:00 am |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature  Refused to Sign

Original - CVB Copy

*E1895271*

## STATEMENT OF PROBABLE CAUSE
### (For issuance of an arrest warrant or summons)

I state that on _____ 20 ____ while exercising my duties as a
Eastern
law enforcement officer in the _____ District of _____ NC _____

_____

At 1920 hrs, 24 Aug 24, Woodring reported a verbal
altercation to the Fort Liberty E-911 Dispatch Center. R-1C
Cenkner and 5-3 Rodriguez were dispatched to I-295 (M.M.
22)/Bragg Blvd. Investigation by R-1C disclosed at 1928 hrs,
24 Aug 24, Bullock and Pettway were involved in a verbal
altercation, which escalated to a physical altercation when
Bullock struck Pettway in the face with a blue in color metal
object, causing a laceration to bottom lip. Bullock was
detained. R-1C detected an odor of alcohol emitting from
Bullock's person. Bullock refused Standardized Field
Sobriety Tests which warranted further action. A search of
the vehicle revealed an open container of alcohol in the cup
holder. Pettway rendered a sworn written statement stating he
saw his friend on the side of the highway and was trying to
take her home because she had been drinking. A canvas of
the area for additional witness(es) met with negative results.
Bullock was apprehended, transported to the Fort Liberty
Law Enforcement Center, administered an Intox EC/IR II
test, resulting in a refusal, advised of her legal rights on a DA
FM 3881, which she invoked, declining to make a statement
or say anything. Bullock was issued three citations with her
mandatory court appearance at 0800 hrs, 11 Sep 24.

_____

The foregoing statement is based upon:

☒ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the
face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___08/24/2024_____
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  DMV = Commercial vehicle involved in accident